

**FILED & ENTERED**

SEP 18 2012

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No: 2:11-bk-62149-ER |
| | Chapter: 11 |
| Otis D. Wright II & Evelyn R. Wright, | **ORDER RE: REQUEST TO AMEND SCHEDULE F** |
| Debtor s | [No Hearing Required] |

The Court, having considered the Request to Amend Schedule F filed by Clyde Veltmann & Diantha Veltmann ("Movants"), hereby orders as follows:

1. The Request to Amend Schedule F will be treated as a Motion to Amend Schedule F.

2. The matter can be determined without hearing.

3. Movants do not have standing to amend or seek an order to amend. Rule 1009 of the Federal Rules of Bankruptcy Procedure provides that "[o]n motion of a party in interest, after notice and a hearing, the court may order any voluntary petition, list, schedule, or statement to be amended." Fed. R. Bankr. P. 1009. The Code broadly defines "party in

- 1 -

interest" as "including the debtor, the trustee, a creditors' committee, an equity security holders' committee, a creditor, an equity security holder, or any indenture trustee," 11 U.S.C. § 1109(b), the phrase is "generally understood to include all persons whose pecuniary interests are [] directly affected by the bankruptcy proceedings." *Nintendo Co. v. Patten (In re Alpex Computer Corp)*, 71 F.3d 353, 356.  The Court finds that Movants do not have a pecuniary interest because they have not filed a proof of claim against the Debtor and their Motion merely describes a Judicial Misconduct Complaint.

    4.  The motion is DENIED for lack of standing and because no proper claim has been stated in the request.

    IT IS SO ORDERED.

###

DATED: September 18, 2012

_____
United States Bankruptcy Judge

- 2 -

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **June 19, 2012**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Michael W Aiken    ecfnotices@ascensioncapitalgroup.com
- Raymond H Aver    ray@averlaw.com
- Richard K Diamond    rdiamond@dgdk.com, DanningGill@gmail.com
- Kathy Bazoian Phelps    kphelps@dgdk.com, DanningGill@gmail.com
- Laura Rodriguez-Alamos    ecfnotices@ascensioncapitalgroup.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Timothy Yoo (TR)    tjytrustee@lnbrb.com, tyoo@ecf.epiqsystems.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Danning, Gill Diamond & Kollitz, LLP
2029 Century Park East, Third Floor
Los Angeles, CA 90067

Keller Williams Realty & KW
Commercial
23670 Hawthorne Blvd
Ste 100
Torrance, CA 9050-5968

Clyde Veltmann
3308 Haynes Ave
Midland, TX 79707

Diantha Veltmann
3308 Haynes Ave
Midland, TX 79707

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s)

and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page