TIMOTHY J. YOO, CHAPTER 7 TRUSTEE
800 S Figueroa Street, Suite 1260
Los Angeles, CA  90017
Telephone: (310) 229-3361
Telecopier: (213) 627-7194
Email: tjytrustee@lnbyb.com

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>OTIS D. WRIGHT<br>EVELYN R. WRIGHT<br><br>Debtor(s) | Bk. No. 2:11-bk-62149-ER<br><br>Chapter 7<br><br>NOTICE OF TRUSTEE'S INTENTION TO ABANDON ASSETS<br>[11 U.S.C. § 554(a)]<br><br>(No Hearing Required) |

TO ALL CREDITORS AND PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 554(a), Timothy J. Yoo, Chapter 7 Trustee, the Chapter 7 Trustee ("Trustee") of the above-referenced bankruptcy estate, intends to and will abandon the estate's interest in certain assets, referred to herein as the "Property", and described as follows:

1999 SL500 MERCEDES

2008 MINI COOPER

///

///

1   The Trustee is informed and believes that either the estate
2   has no interest in the Property or there is no realizable equity
3   in the Property for the benefit of the estate. Hence, the
4   Trustee believes that the proposed abandonment is in the best
5   interests of the estate and its creditors.
6   **PLEASE TAKE FURTHER NOTICE** that pursuant to Local
7   Bankruptcy Rule 6007-1, any objections or request for hearing
8   must be filed with the Court and served on the Trustee at 800 S
9   Figueroa Street, Suite 1260, Los Angeles, CA 90017, (310) 229-
10  3361, not more than fourteen (14) days after service from this
11  Notice. If no request for hearing is timely filed and served,
12  the Trustee may take the proposed action and the Trustee will be
13  deemed to have abandoned any interest in the Property fourteen
14  (14) days from the date of mailing this notice, which date is
15  noted below. No court order will be required for the
16  abandonment to be effective.
17   If a timely objection and request for hearing is filed and
18  served, the Trustee shall within 21 days from the date of
19  service of such contact the Court and obtain and give notice of
20  the hearing date to those entities objecting and to the U.S.
21  Trustee. The proceedings in such matters will be governed by
22  Local Bankruptcy Rule 9013-1(o).
23
24  DATED: December 6, 2012
25
                                                _____
26                                              TIMOTHY J. YOO
                                                Chapter 7 Trustee
27  Mailing date: _1-3-13_
28

-2-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

800 S Figueroa Street, Suite 1260, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled *(specify)* **NOTICE OF TRUSTEE'S INTENTION TO ABANDON ASSETS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 3, 2013, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at email addresses indicated below:

- Michael W Aiken    MAiken@NBSDefaultServices.com
- Raymond H Aver    ray@averlaw.com
- Richard K Diamond    rdiamond@dgdk.com, DanningGill@gmail.com
- Kathy Bazoian Phelps    kphelps@dgdk.com, DanningGill@gmail.com
- Laura Rodriguez-Alamos    ecfnotices@ascensioncapitalgroup.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Kristin S Webb    bknotice@rcolegal.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On January 3, 2013, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Ernest M. Robles, U.S. Bankruptcy Court, 255 E Temple Street, Room 1560, Los Angeles, CA 90012

AND SEE ATTACHED SERVICE LIST

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 3, 2013 | Linda Riess | */s/ Linda Riess/* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

(p)BMW FINANCIAL SERVICES
CUSTOMER SERVICE CENTER
PO BOX 3608
DUBLIN OH 43016-0306

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Bank Of America
275 S. Valencia Avenue, 1st Floor
Brea, CA 92823-6340

Bank Of America
P.O. Box 15026
Wilmington, DE 19850-5026

BMW Bank Of North America
P.O. Box 78066
Phoenix, AZ 85062-8066

BMW Bank of North America, Inc
c/o Ascension Capital Group
P.O. Box 201347
Arlington, TX 76006-1347

BMW Financial Services NA, LLC Department
c/o Ascension Capital Group
P.O. Box 201347
Arlington, TX 76006-1347

Citibank
Citicards
P.O. Box 688901
Des Moines, IA 50368-8901

Clyde Veltmann
3308 Haynes Ave
Midland, TX 79707-3600

Danning, Gill Diamond & Kollitz, LLP
1900 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067-4402

Diantha Veltmann
3308 Haynes Ave
Midland, TX 79707-3600

Evelyn R. Wright
30420 Via Victoria
Rancho Palos Verdes, CA 90244

Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

JH Portfolio Debt Equities, LLC
JD Receivables LLC
189 Northcross Place W
Collierville, TN 38017-8703

Keller Williams Realty & KW Commercial
23670 Hawthorne Blvd
Ste 100
Torrance, CA 90505-5968

Los Angeles County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054-0018

Macy's
P.O. Box 68195
Des Moines, IA 50368

Nordstrom
P.O. Box 13589
Scottsdale, AZ 85267-3589

Nordstrom
c/o Law Offices Of Patenaude & Felix
4545 Murphy Canyon Road, 3rd Floor
San Diego, CA 92123-4363

Nordstrom fsb
P.O. Box 6566
Englewood, CO 80155-6566

Otis D. Wright
30420 Via Victoria
Rancho Palos Verdes, CA 90244

Raymond H Aver
Law Offices of Raymond H Aver APC
1950 Sawtelle Blvd Ste 120
Los Angeles, CA 90025-7017

Rolling Hills Investments, Inc.
430 Silver Spur Road, Suite 101
Rancho Palos Verdes, CA 90275-3577

Sallie Mae
P.O. Box 9533
Wilkes Barre, PA 18773-9533

Sallie Mae
c/o Sallie Mae Inc.
220 Lasley Ave.
Wilkes-Barre, PA 18706-1496