TIMOTHY J. YOO, TRUSTEE  (SBN 155531)
800 S. Figueroa Street, #1260
Los Angeles, California  90017
Telephone:  (310) 229-3361
Facsimile:   (213) 627-7194

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| WRIGHT, OTIS D. | § | Case No. 2:11-62149 ER |
| WRIGHT, EVELYN R. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    TIMOTHY J. YOO, CHAPTER 7 TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/TIMOTHY J. YOO, CHAPTER 7 TRUSTEE_____
                                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| OTIS D. WRIGHT AND EVELYN R, WRIGHT |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | BMW Bank Of North America P.O. Box 78066 Phoenix,AZ 85062 |  |  |  |  |  |
|  | Bank Of America 275 S. Valencia Avenue, 1st Floor : Brea, CA 92823 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Los Angeles County Tax Collector P.O. Box 54018 Los Angeles, CA 90054 | | | | | |
| | BANK OF AMERICA | | | | | |
| 000001 | BMW FINANCIAL SERVICES NA, LLC | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TIMOTHY J. YOO | | | | | |
| TIMOTHY J. YOO | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| ESCROW BASE FEE | | | | | |
| OWNERS TITLE POLICY | | | | | |
| TAXES AND PENALTISE DUE 12/10/12 | | | | | |
| TRANSFER TAX | | | | | |
| PREFERRED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PREFERRED BANK | | | | | |
| Preferred Bank | | | | | |
| Preferred Bank | | | | | |
| DANNING, GILL, DIAMOND & KOLLITZ | | | | | |
| DANNING, GILL, DIAMOND & KOLLITZ | | | | | |
| KELLER WILLIAMS REALTY | | | | | |
| JEFFREY L SUMPTER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Franchise Tax Board Bankruptcy Unit P.O. Box 2952 Sacramento, CA 95812-2953 | | | | | |
| | Internal Revenue Services P.O. Box 21126 Philadelphia, PA 19114 | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank Citicards P.O. Box 688901 Des Moines, IA 50368-8901 | | | | | |
| | Macy&apos;s P.O. Box 68195 Des Moines, IA 50368 | | | | | |
| | Nordstrom P.O. Box 13589 Scottsdale, AZ 85276 | | | | | |
| 000004 | JH PORTFOLIO DEBT EQUITIES, LLC | | | | | |
| 000002 | NORDSTROM FSB | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | SALLIE MAE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 2:11-62149 ER | Judge: ROBLES, ERNEST M. | Trustee Name: | TIMOTHY J. YOO, CHAPTER 7 TRUSTEE |
|---|---|---|---|---|
| Case Name: | WRIGHT, OTIS D. | | Date Filed (f) or Converted (c): | 12/26/11 (f) |
| | WRIGHT, EVELYN R. | | 341(a) Meeting Date: | 02/01/12 |
| For Period Ending: | 10/22/13 | | Claims Bar Date: | 07/27/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY | 800,000.00 | 131,000.00 | | 1,070,182.95 | FA |
| 30420 VIA VICTORIA, RANCHO PALOS VERDES, CA 90274, SEE NARRATIVE FOR DETAILS | | | | | |
| 2. CASH | 20.00 | 20.00 | | 0.00 | FA |
| CASH ON HAND | | | | | |
| 3. BANK ACCOUNTS | 26.24 | 26.24 | | 0.00 | FA |
| USC CREDIT UNION, SAVINGS ACCOUNT, LOS ANGELES BRANCH | | | | | |
| 4. BANK ACCOUNTS | 316.26 | 0.00 | | 0.00 | FA |
| WELLS FARGO BANK, CHECKING ACCOUNT, ROLLING HILLS ESTATE BRANCH | | | | | |
| 5. BANK ACCOUNTS | 362.00 | 0.00 | | 0.00 | FA |
| WELLS FARGO BANK, SAVINGS ACCOUNT, ROLLING HILLS ESTATES BRANCH | | | | | |
| 6. HOUSEHOLD GOODS | 3,000.00 | 0.00 | | 0.00 | FA |
| HOUSEHOLD GOODS AND FURNISHINGS | | | | | |
| 7. BOOKS AND ART OBJECTS | 500.00 | 0.00 | | 0.00 | FA |
| BOOKS, PICTURES AND ART OBJECTS | | | | | |
| 8. WEARING APPAREL | 1,500.00 | 0.00 | | 0.00 | FA |
| CLOTHING | | | | | |
| 9. FURS AND JEWELRY | 1,500.00 | 0.00 | | 0.00 | FA |
| JEWELRY | | | | | |
| 10. FIREARMS AND HOBBY EQUIPMENT | 100.00 | 100.00 | | 0.00 | FA |
| BERETTA .380 AUTO, MODEL 85F | | | | | |
| 11. INSURANCE POLICIES | 1.00 | 0.00 | | 0.00 | FA |
| SEABOARD LIFE INSURANCE COMPANY TERM LIFE | | | | | |

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 17.03a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 2:11-62149   ER   Judge: ROBLES, ERNEST M. | Trustee Name: | TIMOTHY J. YOO, CHAPTER 7 TRUSTEE |
|---|---|---|---|
| Case Name: | WRIGHT, OTIS D. | Date Filed (f) or Converted (c): | 12/26/11 (f) |
| | WRIGHT, EVELYN R. | 341(a) Meeting Date: | 02/01/12 |
| | | Claims Bar Date: | 07/27/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| INSURANCE ($25,000 DEATH BENEFIT), NO CASH SURRENDER VALUE | | | | | |
| 12. INSURANCE POLICIES | 1.00 | 0.00 | | 0.00 | FA |
| WELLS FARGO GROUP ACCIDENTAL DEATH INSURANCE, TERM LIFE INSURANCE ($75,000 DEATH BENEFIT), NO CASH SURRENDER VALUE | | | | | |
| 13. AUTOMOBILES AND OTHER VEHICLES | 9,800.00 | 5,000.00 | OA | 0.00 | FA |
| 1999 SL500 MERCEDES, 122,000 MILES | | | | | |
| 14. AUTOMOBILES AND OTHER VEHICLES | 12,300.00 | 0.00 | OA | 0.00 | FA |
| 2008 MINI COOPER, 78,000 MILES | | | | | |
| 15. OFFICE EQUIPMENT | 4,000.00 | 0.00 | | 0.00 | FA |
| USED LAPTOP, PRINTER, FAX AND OTHER OFFICE EQUIPMENT, FURNITURE AND SUPPLIES | | | | | |

TOTALS (Excluding Unknown Values)  $833,426.50  $136,146.24  $1,070,182.95  Gross Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE VOLUNTARY CHAPTER 7 PETITION WAS FILED ON DECEMBER 26, 2011. THEREAFTER, TIMOTHY J. YOO WAS APPOINTED CHAPTER 7 TRUSTEE

AFTER THE INITIAL 341(A) EXAMINATION, THE TRUSTEE CONTINUED THE 341(A) HEARING FOR COPIES OF THE DEBTORS' TAX RETURNS, BANK STATEMENTS FROM MAY 2011 THROUGH PETITION DATE FOR ALL BANK ACCOUNTS, PROOF OF INSURANCE ON DEBTORS' RESIDENCE, LOAN HISTORY STATEMENT FROM BANK OF AMERICA (1ST LIENHOLDER ON RESIDENCE), ALONG WITH A REQUEST BY THE OFFICE OF THE

LFORM1  Ver: 17.03a

Case 2:11-bk-62149-ER    Doc 74    Filed 11/13/13    Entered 11/13/13 14:18:34    Desc
Main Document    Page 10 of 14

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 3

Exhibit 8

| | | |
|---|---|---|
| Case No: | 2:11-62149    ER    Judge: ROBLES, ERNEST M. | Trustee Name:    TIMOTHY J. YOO, CHAPTER 7 TRUSTEE |
| Case Name: | WRIGHT, OTIS D. | Date Filed (f) or Converted (c):    12/26/11 (f) |
| | WRIGHT, EVELYN R. | 341(a) Meeting Date:    02/01/12 |
| | | Claims Bar Date:    07/27/12 |

U.S. TRUSTEE FOR FURTHER REVIEW. THE TRUSTEE ALSO REQUESTED A BROKER'S VALUATION OF THE DEBTORS' RESIDENCE LOCATED AT 30420 VIA VICTORIA, RANCHO PALOS VERDES, CALIFORNIA (THE "PROPERTY").

AFTER REVIEW AND RESEARCH ON THE VALUATION OF THE REAL PROPERTY, THE TRUSTEE DETERMINED THERE TO BE EQUITY FOR THE BENEFIT OF THE ESTATE. THE TRUSTEE FILED AN APPLICATION TO EMPLOY KELLER WILLIAMS AS REAL ESTATE BROKER, WHICH WAS GRANTED PER COURT ORDER ENTERED ON JULY 25, 2012.

DUE TO SENSITIVITY OF THE SITUATION, THE TRUSTEE WORKED WITH DEBTOR'S COUNSEL ON SHOWING OF THE PROPERTY, BUT WHILE MARKETING THE PROPERTY, THE TRUSTEE IS RECEIVED RESISTANCE AND/OR INTERFERENCE FROM DEBTORS ON THE SHOWING OF THE PROPERTY. THE TRUSTEE FORWARDED LETTERS TO COUNSEL REGARDING THE DEBTOR'S RESISTANCE AND INTERFERENCE, ALONG WITH REMOVING THE DEBTORS FROM THE RESIDENCE. AFTER FOUR MONTHS OF NUMEROUS SHOWINGS AND AN OPEN HOUSE, THE TRUSTEE RECEIVED AN OFFER TO PURCHASE FROM YUN AND CAIQUIN MAO FOR $1,080,000, BUT THE PARTIES AGREED TO $1,070,000, DUE TO SEVERAL INSPECTION ISSUES. AFTER CONFIRMING THE PURCHASE OF THE PROPERTY, THE TRUSTEE PROVIDED A 30 DAY NOTICE TO THE DEBTORS AND ASKED FOR CONFIRMATION OF THE DEBTORS VACATING THE PREMISES WITHIN THE 30 DAY PERIOD. UNFORTUNATELY, THE DEBTORS DID NOT RESPOND. THE TRUSTEE FILED A MOTION TO APPROVE THE SALE OF THE PROPERTY AND REQUESTED THAT THE COURT ORDER THE DEBTORS TO VACATE THE PROPERTY NO LATER THAN 10 DAYS FOLLOWING THE DATE OF THE HEARING OF THE SALE MOTION. THE MOTION WAS GRANTED PER COURT ORDER ENTERED DECEMBER 8, 2012. ADDITIONALLY, THE ORDER ALSO STATED THE DEBTORS TO VACATE THE PROPERTY BY DECEMBER 13, 2012 AND INT EH SAME CONDITION AS THE BUYERS INSPECTION OF THE PROPERTY. THE DEBTORS WERE TO SUPPLY THE NEW PLACE OF RESIDENCE TO THE TRUSTEE FOR TURNOVER OF THE HOMESTEAD EXEMPTION DUE TO THE DEBTORS.

SUBSEQUENTLY, ESCROW CLOSED AND FUNDS RECEIVED. CLAIMS ANALYSIS PREFORMED AND NO OBJECTIONS NEEDED. THE TRUSTEE SOUGHT COURT APPROVAL OF A TAX PREPARER PER COURT ORDER ENTERED APRIL 2, 2013. ESTATE TAX RETURNS FILED AND TAX CLEARANCE RECEIVED.

THE TRUSTEE'S COMPENSATION FOR THE SALE OF THE REAL PROPERTY WOULD BE CALCULATED AT $55,350. THE TRUSTEE HAS VOLUNTARILY REDUCED HIS FEES TO $15,308.00, TO ALLOW A DISTRIBUTION TO THE GENERAL UNSECURED CREDITORS.

Initial Projected Date of Final Report (TFR): 08/31/13    Current Projected Date of Final Report (TFR): 08/31/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 2:11-62149 -ER | Trustee Name: | TIMOTHY J. YOO, CHAPTER 7 TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | WRIGHT, OTIS D. | Bank Name: | Preferred Bank |
|  | WRIGHT, EVELYN R. | Account Number / CD #: | *******4946  Checking - Non Interest |
| Taxpayer ID No: | *******2915 |  |  |
| For Period Ending: | 10/22/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/19/12 | | WILSHIRE ESCROW COMPANY<br>4270 WILSHIRE BLVD<br>LOS ANGELES, CA 90010 | RE: SALE PROCEEDS FOR REAL PROPERTY LOCATED AT 30420 VIA VICTORIA, RANCHO PALOS VERDES, CA 90275-444; ORDER ENTERED 12/3/12 | | 51,331.79 | | 51,331.79 |
| | 1 | WILSHIRE ESCROW COMPANY | Memo Amount:    1,070,182.95<br>GROSS SALE PROCEEDS | 1110-000 | | | |
| | | BANK OF AMERICA | Memo Amount:    (   782,606.61 )<br>SECURED CREDITOR PAYOFF | 4110-000 | | | |
| | | ESCROW BASE FEE | Memo Amount:    (   1,320.00 )<br>ESCROW FEES | 2500-000 | | | |
| | | TAXES AND PENALTISE DUE 12/10/12 | Memo Amount:    (   2,786.55 )<br>PROPERTY TAXES | 2500-000 | | | |
| | | KELLER WILLIAMS REALTY | Memo Amount:    (   53,500.00 )<br>REALTOR COMMISSIONS | 3510-000 | | | |
| | | OTIS D. WRIGHT AND EVELYN R, WRIGHT | Memo Amount:    (   175,000.00 )<br>HOMESTEAD EXEMPTION | 8100-000 | | | |
| | | | Memo Amount:    (   2,461.00 )<br>OWNERS TITLE POLICY | 2500-000 | | | |
| | | | Memo Amount:    (   1,177.00 )<br>TRANSFER TAX | 2500-000 | | | |
| 01/25/13 | 000101 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139 | RE: LBR 2016-2<br>BOND PREMIUM PRO RATA SHARE FOR PERIOD 1/4/13 TO 1/4/14<br>BOND #016030867 | 2300-000 | | 60.41 | 51,271.38 |
| 02/12/13 | | PREFERRED BANK | BANK SERVICE FEE | 2600-000 | | 53.47 | 51,217.91 |
| 03/01/13 | | Preferred Bank | BANK SERVICE FEE | 2600-000 | | 53.37 | 51,164.54 |
| 04/01/13 | | Preferred Bank | BANK SERVICE FEE | 2600-000 | | 53.30 | 51,111.24 |
| 04/05/13 | 000102 | JEFFREY L. SUMPTER | RE: ORDER ENTERED 4/2/13 | 3991-640 | | 750.00 | 50,361.24 |

Page Subtotals        51,331.79        970.55

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit 9

| Case No: | 2:11-62149 -ER | Trustee Name: | TIMOTHY J. YOO, CHAPTER 7 TRUSTEE |
|---|---|---|---|
| Case Name: | WRIGHT, OTIS D. | Bank Name: | Preferred Bank |
| | WRIGHT, EVELYN R. | Account Number / CD #: | *******4946  Checking - Non Interest |
| Taxpayer ID No: | *******2915 | | |
| For Period Ending: | 10/22/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/01/13 | | 3236 E MELODY DRIVE<br>PHOENIX, AZ  85042<br>Preferred Bank | TAX PREPARER SERVICES FOR PREPARATION OF ESTATE TAX RETURNS<br>BANK SERVICE FEE | 2600-000 | | 52.82 | 50,308.42 |
| 06/12/13 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 50,308.42 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 1,070,182.95 | COLUMN TOTALS | 51,331.79 | 51,331.79 | 0.00 |
| Memo Allocation Disbursements: | 1,018,851.16 | Less:  Bank Transfers/CD's | 0.00 | 50,308.42 | |
| | | Subtotal | 51,331.79 | 1,023.37 | |
| Memo Allocation Net: | 51,331.79 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 51,331.79 | 1,023.37 | |

Page Subtotals        0.00        50,361.24

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 2:11-62149 -ER | Trustee Name: | TIMOTHY J. YOO, CHAPTER 7 TRUSTEE |
|---|---|---|---|
| Case Name: | WRIGHT, OTIS D. | Bank Name: | UNION BANK |
|  | WRIGHT, EVELYN R. | Account Number / CD #: | *******6129  Checking - Non Interest |
| Taxpayer ID No: | *******2915 |  |  |
| For Period Ending: | 10/22/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 06/12/13 |  | Trsf In From Preferred Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 50,308.42 |  | 50,308.42 |
| 08/27/13 | 100001 | TIMOTHY J. YOO, CHAPTER 7 TRUSTEE<br>800 S FIGUEROA STREET, #1260<br>LOS ANGELES, CA 90017 | RE: ORDER ENTERED 8/26/13<br>TRUSTEE FEES<br>FINAL DISTRIBUTION<br>FILE NO. 5406.1 | 2100-000 |  | 15,308.00 | 35,000.42 |
| 08/27/13 | 100002 | TIMOTHY J. YOO, CHAPTER 7 TRUSTEE<br>800 S FIGUEROA STREET, #1260<br>LOS ANGELES, CA 90017 | RE: ORDER ENTERED 8/26/13<br>TRUSTEE EXPENSES<br>FINAL DISTRIBUTION<br>FILE NO. 5406.1 | 2200-000 |  | 126.73 | 34,873.69 |
| 08/27/13 | 100003 | DANNING, GILL, DIAMOND & KOLLITZ LLP<br>1900 AVENUE OF THE STARS, 11TH FLOOR<br>LOS ANGELES, CA 90067 | RE: ORDER ENTERED 8/26/13<br>ATTY FOR TRUSTEE FEES<br>FINAL DISTRIBUTION | 3210-000 |  | 26,493.00 | 8,380.69 |
| 08/27/13 | 100004 | DANNING, GILL, DIAMOND & KOLLITZ LLP<br>1900 AVENUE OF THE STARS, 11TH FLOOR<br>LOS ANGELES, CA 90067 | RE: ORDER ENTERED 8/26/13<br>ATTY FOR TRUSTEE EXPENSES<br>FINAL DISTRIBUTION | 3220-000 |  | 479.31 | 7,901.38 |
| 08/27/13 | 100005 | NORDSTROM FB<br>P.O. BOX 6566<br>ENGLEWOOD, CO 80155 | CLAIM # 000002<br>FINAL DISTRIBUTION<br>13,66829% | 7100-000 |  | 1,741.44 | 6,159.94 |
| 08/27/13 | 100006 | SALLIE MAE<br>c/o SALLIE MAE, INC.<br>220 LASLEY AVENUE<br>WILKES-BARRE, PA 18706 | CLAIM #000003<br>FINAL DISTRIBUTION<br>13.66825% | 7100-000 |  | 2,358.28 | 3,801.66 |
| 08/27/13 | 100007 | JH PORTFOLIO DEBT EQUITIES, LLC<br>JD RECEIVABLES LLC<br>189 NORTHCROSS PLACE W<br>COLLIERVILLE, TN 38017 | CLAIM #000004<br>FINAL DISTRIBUTION<br>13.66826% | 7100-000 |  | 3,801.66 | 0.00 |

Page Subtotals    50,308.42    50,308.42

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |  | |
|---|---|---|---|
| Case No: | 2:11-62149 -ER | Trustee Name: | TIMOTHY J. YOO, CHAPTER 7 TRUSTEE |
| Case Name: | WRIGHT, OTIS D. | Bank Name: | UNION BANK |
|  | WRIGHT, EVELYN R. | Account Number / CD #: | *******6129 Checking - Non Interest |
| Taxpayer ID No: | *******2915 | | |
| For Period Ending: | 10/22/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 50,308.42 | 50,308.42 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 50,308.42 | 0.00 | |
| | | Subtotal | 0.00 | 50,308.42 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 50,308.42 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 1,070,182.95 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 1,018,851.16 | Checking - Non Interest - ********4946 | 51,331.79 | 1,023.37 | 0.00 |
| | | Checking - Non Interest - ********6129 | 0.00 | 50,308.42 | 0.00 |
| Total Memo Allocation Net: | 51,331.79 | | ----------------------- | ----------------------- | ----------------------- |
| | | | 51,331.79 | 51,331.79 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*